IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRANDON LEE HENDRIX,

        Plaintiff,

  v.

COLUMBIA COUNTY JAIL, WELLPATH MEDICAL,

        Defendants.

Case No. 3:20-cv-00006-IM

**JUDGMENT**

**IMMERGUT, District Judge.**

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice.

This Court certifies that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

DATED this 13th day of March, 2020.

                                            Karin J. Immergut
                                            United States District Judge

PAGE 1 – JUDGMENT